[No. 1,092.]

WILLIAM CAIN, ADM'R, ETC., RESPONDENT, v. E. C. SESSIONS ET AL., APPELLANTS.

REPLEVIN BOND—LIABILITY OF SURETIES.

*William Webster*, for Appellants.

*William Cain*, for Respondent.

By the Court, BELKNAP, J.:

Substantially the same questions are presented by this case as by the case of *Cain* v. *Williams, ante.* Upon the authority of that case the judgment herein appealed from is affirmed.